IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 JAN 31 A 8: 11

CLERK B McCarthy
SO. DIST. OF GA.

| | |
|---|---|
| CHARLES EDWARD NERO, | ) |
| Plaintiff, | ) |
| v. | ) CV 106-166 |
| RICHMOND COUNTY SHERIFF'S OFFICE, et al., | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request for the appointment of counsel is **DENIED**, and Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

SO ORDERED this 31st day of January, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE